IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH DICKERHOFF AND ABIGAIL DAVIDSON<br><br>Plaintiffs,<br><br>vs.<br><br>AMERCO, U-HAUL INTERNATIONAL, INC., U-HAUL CO. OF WISCONSIN, INC., AND U-HAUL MOVING & STORAGE AT APPLETON AVENUE<br><br>Defendants. | No. 1:21-CV-00017-SHL-SBJ |

**JOINT STIPULATION REGARDING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**

On April 13, 2023, Defendants U-Haul Co. of Wisconsin, Inc. ("UHWI") and U-Haul International, Inc. ("UHI") and U-Haul Holding Company, formerly known as AMERCO ("UHHC"), filed Motions for Summary Judgment and corresponding Briefs (Docs. 48 and 49) (collectively, "Motions").

Following the filing of Defendants' Motions, the parties conferred regarding the parties and claims in this case. The parties have reached the following stipulations, which will streamline the remaining issues and claims pending before the Court:

1. Pursuant to Rule 41(a)(1)(A)(ii), the parties agree to the dismissal of all Plaintiff's claims against U-Haul Holding Company, formerly known as AMERCO, with prejudice.

2. Pursuant to Rule 41(a)(1)(A)(ii), the parties agree to the dismissal of Plaintiff's claims against UHWI for Failure to Warn (Count II), Strict Liability (Count III), and punitive damages, with prejudice.

1

3. Plaintiff maintains and does not dismiss her claim against UHWI for negligence based on alleged negligent maintenance, on which UHWI did not move for summary judgment due to disputed issues of material fact (*see* Doc. 48-1 at 2). Therefore, this stipulation moots UHWI's Motion for Partial Summary Judgment (Doc. 48) in its entirety.

4. Pursuant to Rule 41(a)(1)(A)(ii), the parties agree to the dismissal of Plaintiff's claims against UHI for Failure to Warn (Count II), Strict Liability (Count III), and punitive damages, with prejudice.

5. Plaintiff maintains and does not dismiss her claim against UHI for negligence based on alleged negligent maintenance, on which UHI did move for judgment. Plaintiff disputes UHI is entitled to summary judgment on her negligence and negligent maintenance claim.

6. Based on these stipulations, the only portion of Defendants' Summary Judgment Motions which remains pending before the Court is UHI's Motion for Summary Judgment on the negligence claim. (Doc. 49). The remaining portions of that Motion are moot.

7. As set forth in the parties' concurrently filed Joint Motion to Extend Plaintiff's Deadline to Responds to UHI's Motion for Summary Judgment, Plaintiff seeks to complete the depositions of certain UHWI employees, a former employee, and UHI's Rule 30(b)(6) corporate representative in order to respond to the remaining portion of UHI's Motion for Summary Judgment. The parties have worked diligently to schedule these depositions, but they have had to be pushed to early May due to unavoidable health issues and attorney conflicts.

8. UHI and UHWI do not oppose Plaintiff's request to be allowed fourteen (14) days after the May 16, 2023 deposition of UHI's corporate representative to respond to the remaining portion of UHI's Motion for Summary Judgment.

Respectfully submitted on April 27, 2023,

| | |
|---|---|
| By: */s/*Christopher P. Martineau<br>　　*(with express permission)*<br>Christopher Johnston<br>Christopher P. Martineau (*pro hac*)<br>The Law Group of Iowa<br>a Johnston \| Martineau LLP Company<br>7900 Hickman Road, Suite 200<br>Windsor Heights, Iowa 50324<br>cmartineau@JMLegal.com<br>cjohnston@JMLegal.com<br><br>Peter J. Kestner (*pro hac*)<br>McEwen & Kestner, PLLC<br>854 Blackshire Path<br>Inver Grove Heights, MN 55076<br>pete@crawfordkestner.com<br><br>Counsel for Plaintiff | LIGHTFOOT, FRANKLIN & WHITE, LLC<br>By: */s/Amaobi J. Enyinnia*<br>Haley A. Cox (admitted *pro hac vice*)<br>Amaobi J. Enyinnia (admitted *pro hac vice*)<br>W. McKinley Dunn (admitted *pro hac vice*)<br>The Clark Building<br>400 20th Street North<br>Birmingham, Alabama 35203<br>hcox@lightfootlaw.com<br>aenyinnia@lightfootlaw.com<br><br>and<br><br>LAMSON DUGAN & MURRAY, LLP<br>Jason C. Palmer<br>1045 76th Street, Suite 3000<br>West Des Moines, IA  50266<br>Tel:  (515) 823-0458<br>Fax:  (402) 397-7824<br>E-Mail:  jpalmer@ldmlaw.com<br><br>*Counsel for Defendants*<br>*U-Haul Co. of Wisconsin, Inc.,*<br>*and U-Haul International, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon all parties to this action by e-file using the Court's CM/ECF system and/or by depositing a copy of same in the U.S. Mail, postage prepaid and properly addressed as follows:

Christopher Johnston
Christopher Martineau
The Law Group of Iowa
A Johnston Martineau LLP Company
7900 Hickman Road, Suite 200
Windsor Heights, Iowa, 50324
CJohnston@JMLegal.com
CMartineau@JMLegal.com

Peter J. Kestner
McEwen & Kestner, PLLC
854 Blackshire Path
Inver Grove Heights, MN 55076
pete@crawfordkestner.com
*Counsel for Plaintiffs*

/s/ *Amaobi J. Enyinnia*
OF COUNSEL