IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH DICKERHOFF AND ABIGAIL DAVIDSON<br><br>Plaintiffs,<br><br>vs.<br><br>AMERCO, et al.,<br><br>Defendants. | No. 1:21-CV-00017-SHL-SBJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Abigail Davidson and Defendants U-Haul Co. of Wisconsin, Inc., U-Haul International, Inc., and U-Haul Holding Company, f/k/a AMERCO hereby jointly stipulate to the dismissal **WITH PREJUDICE** of all Plaintiff's claims against Defendants in this action, each party to bear its own attorneys' fees and costs.

Respectfully submitted on June 29, 2023.

| | |
|---|---|
| <u>/s/Peter J. Kestner</u> (with permission) | <u>/s/W. McKinley Dunn</u> |
| Christopher Johnston | Haley A. Cox (pro hac) |
| Christopher P. Martineau (pro hac) | Amaobi J. Enyinnia (pro hac) |
| The Law Group of Iowa | W. McKinley Dunn (pro hac) |
| a Johnston Martineau LLP Company | LIGHTFOOT, FRANKLIN & WHITE, LLC |
| 7900 Hickman Road, Suite 200 | The Clark Building |
| Windsor Heights, Iowa 50324 | 400 20th Street North |
| *cmartineau@JMLegal.com* | Birmingham, Alabama 35203 |
| *cjohnston@JMLegal.com* | *hcox@lightfootlaw.com* |
| *Tully@JMLegal.com* | *aenyinnia@lightfootlaw.com* |
| | *mdunn@lightfootlaw.com* |
| | |
| Peter J. Kestner (pro hac) | and |
| McEwen & Kestner, PLLC | |
| 854 Blackshire Path | Jason C. Palmer |
| Inver Grove Heights, MN 55076 | LAMSON DUGAN & MURRAY, LLP |
| *pete@crawfordkestner.com* | 1045 76th Street, Suite 3000 |
| | West Des Moines, IA 50266 |
| *Counsel for Plaintiff* | Tel: (515) 823-0458 |
| | Fax: (402) 397-7824 |
| | *jpalmer@ldmlaw.com* |
| | |
| | *Counsel for Defendants* |
| | *U-Haul Co. of Wisconsin, Inc.,* |
| | *and U-Haul International, Inc.* |